Case 2:06-cv-04962-FSH-PS    Document 5    Filed 02/20/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SNOWBALL CAPITAL APPRECIATION FUND, LP, Derivatively and on Behalf of Bed Bath & Beyond, Inc. | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 06-cv-04962(FSH) (PS) |
| WARREN EISENBERG, LEONARD FEINSTEIN, VICTORIA A. MORRISON, STANLEY R. BARSHAY, ROBERT KAPLAN, DEAN S. ADLER, JORDAN HELLER, KLAUS EPPLER, FRAN STOLLER, STEVEN H. TEMARES, ARTHUR STARK, MATTHEW FIORILLI, EUGENE A. CASTAGNA, | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| -and- | ) ) ) | |
| BED BATH & BEYOND, INC., a New York Corporation | ) ) ) | |
| Nominal Defendant. | ) ) ) ) ) | |

## NOTICE OF DISMISSAL OF ACTION BY PLAINTIFF

PLEASE TAKE NOTICE that Plaintiff, Snowball Capital Appreciation Fund,

("Snowball"), by and through its undersigned attorneys, hereby files this Notice of Dismissal of

the above-captioned action. On October 17, 2006, Snowball filed this action against certain

officers and directors of Bed Bath & Beyond, Inc. Whereas these defendants have not served an

answer or filed a motion for summary judgment, pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure, plaintiff Snowball voluntarily dismisses this action.

Dated: February 20, 2007

Respectfully submitted,

KIRBY MCINERNEY & SQUIRE, LLP

*Pamela E Kulsrud*

Pamela E. Kulsrud (PK-4310)
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 371-6600

CAULEY BOWMAN CARNEY
& WILLIAMS, PLLC

Darrin L. Williams
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500

Attorneys for Plaintiff
Snowball Capital Appreciation Fund

SO ORDERED:

February 21, 2007

2